IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BENJAMIN JAMON MAXWELL, SR., )
)
    Plaintiff, )
)
v. ) CASE NO. CV419-018
)
SHERIFF JOHN WILCHER, OFFICER )
AGULAR, and OFFICER BRIGHT, )
)
    Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 18.) After careful consideration and review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Defendant John Wilcher is **DISMISSED WITHOUT PREJUDICE** from this case. The Clerk is **DIRECTED** to amend the caption accordingly.

SO ORDERED this 13th day of May 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA