IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BENJAMIN JAMON MAXWELL, SR., )
)
    Plaintiff, )
)
v. )   CASE NO. CV419-018
)
OFFICER AGULAR and OFFICER )
BRIGHT, )
)
    Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's August 12, 2022, Report and Recommendation (Doc. 65), to which Plaintiff has not filed objections. After a careful review of the record,[1] the Report and Recommendation (Doc. 65) is **ADOPTED** as the Court's opinion in this case. Plaintiff's Complaint (Doc. 1) is **DISMISSED**. Defendants' Motion for Summary Judgment (Doc. 59) is **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

SO ORDERED this _19th_ day of September 2022.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court reviews de novo a magistrate judge's findings to which a party objects, and the Court reviews for clear error the portions of a report and recommendation to which a party does not object. 28 U.S.C. § 636(b)(1); see Merchant v. Nationwide Recovery Serv., Inc., 440 F. Supp. 3d 1369, 1371 (N.D. Ga. 2020) (outlining the standard of review for report and recommendations (citing Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam))).